# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL R. PETERS & TRISHA D. PETERS          Case Number: 07-73033
12902 ECHO DRIVE                                     SSN-xxx-xx-0541 & xxx-xx-3392
ROCKTON, IL  61072

Case filed on: 12/13/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MICHAEL R. PETERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 725.00 | 725.00 | 0.00 | 0.00 |
| 002 | HOME LOAN SERVICES INC | 23,204.64 | 23,204.64 | 0.00 | 0.00 |
| 003 | 2P HOLDINGS LLC | 4,937.16 | 2,600.00 | 0.00 | 0.00 |
| 009 | 2P HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 28,866.80 | 26,529.64 | 0.00 | 0.00 |
| 004 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS STUDENT ASSISTANCE COMM | 11,626.69 | 0.00 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 953.75 | 953.75 | 0.00 | 0.00 |
| 007 | US DEPARTMENT OF EDUCATION | 4,725.12 | 0.00 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 353.69 | 353.69 | 0.00 | 0.00 |
| 010 | AFNI/VERIZON | 152.66 | 152.66 | 0.00 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 534.77 | 534.77 | 0.00 | 0.00 |
|  | Total Unsecured | 18,346.68 | 1,994.87 | 0.00 | 0.00 |
|  | Grand Total: | 47,213.48 | 28,524.51 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00         discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                   /s/ Lydia S. Meyer
                 Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan